IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **96-cr-407-DBS**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**ATAULFO ARREOLA-MORALES,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Motion for Permission to Provide Copy of Presentence Report to Federal Public Defender's Office in the Central District of California (doc. #27), filed March 19, 2008, is GRANTED.

Dated: March 20, 2008